UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAURA M. KYSTAD,
Conservator for the Estate
of CT, a minor,

        Plaintiff,        CIVIL ACTION NO. 07-CV-12365-DT

  VS.        DISTRICT JUDGE JULIAN ABELE COOK, JR.

UNUM LIFE INSURANCE
CO. OF AMERICA,        MAGISTRATE JUDGE MONA K. MAJZOUB
        Defendant.
_____/

## OPINION AND ORDER DENYING PLAINTIFF'S MOTION TO STAY PROCEEDINGS

This matter comes before the Court on Plaintiff's Motion to Stay Proceedings filed on June 29, 2007. (Docket no. 7). Plaintiff filed this Motion because she believes that Defendant's Notice of Removal may have been filed in error. Although Defendant has not filed a Response specifically to this Motion, it has filed a Response in which it opposes Plaintiff's related Motion to Remand. (Docket no. 11). This Motion has been referred to the undersigned for decision pursuant to 28 U.S.C. § 636(b)(1)(A). (Docket no. 12). This Court dispenses with oral argument pursuant to E.D. Mich. LR 7.1(e). This matter is therefore ready for ruling.

This Court has considered Plaintiff's Motion to Remand in a Report and Recommendation entered contemporaneously with this Order. For the reasons stated in that Report Plaintiff's Motion to Stay Proceedings will be denied.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion to Stay Proceedings (docket no. 7) is **DENIED**.

## NOTICE TO THE PARTIES

Pursuant to Fed. R. Civ. P. 72(a), the parties have a period of ten days from the date of this Order within which to file any written appeal to the District Judge as may be permissible under 28 U.S.C. 636(b)(1).


Dated: September 25, 2007						s/ Mona K. Majzoub
										MONA K. MAJZOUB
										UNITED STATES MAGISTRATE JUDGE



## PROOF OF SERVICE

I hereby certify that a copy of this Opinion and Order was served upon Laura M. Kystad and Counsel of Record on this date.


Dated: September 25, 2007						s/ Lisa C. Bartlett
										Courtroom Deputy